UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CALVIN McCLINTOCK | CIVIL ACTION |
| VERSUS | NO: 06-6631 |
| REPUBLIC FIRE AND CASUALTY INSURANCE COMPANY, ET AL. | SECTION: "J" (1) |

**ORDER**

Before the Court is plaintiff's Motion to Remand (Doc. 6). The motion is opposed. For the reasons stated in *Justrabo v Allstate Insurance Co.*, Civ. No. 06-6762, slip op. § III. B. (E.D. La., Jan. 9, 2007) (Barbier, J.),

**IT IS ORDERED** that plaintiff's motion is **DENIED**.

New Orleans, Louisiana this the 9th day of January, 2007.

_____
CARL J. BARBIER
UNITED STATES DISTRICT JUDGE